**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:                                                                      Chapter 13

Mario C. Carrillo                                                    No.   10-54921

           Debtor                                               Hon.  Janet S. Baer

### NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

    PLEASE TAKE NOTICE that on August 1, 2016, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

                                                       _____/s/ Ross Brand_____

### Certificate of Service

    The undersigned certifies that she served a copy of the Notice of Filing and <u>Response to Notice of Final Cure</u> on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Lorraine M. Greenberg and Tom Vaughn on August 1, 2016.

                                                       _____/s/ Ross Brand_____

Ross Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201-6769

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

## SERVICE LIST

Mario C. Carrillo
5543 S Trumbull Avenue
Chicago, IL 60629

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Lorraine M. Greenberg
150 North Michigan Avenue
Suite 800
Chicago, IL 60601